of the Estate, etc., of ANNA B. BURRIDGE (Also Known as ANNA S. BURRIDGE), Deceased. HARRY CHAIN BASSLER, as Ancillary Administrator c. t. a., etc., of ANNA B. BURRIDGE, Deceased, v. HERBERT C. SMYTH and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STERLING MOTOR TRUCK COMPANY OF NEW YORK, INC., v. THOMAS J. LAVAN and Others.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of ANNA B. BURRIDGE to Withdraw Waiver of Citation (to Previous Petition for Probate Heretofore Granted), to Reopen Such Probate Proceedings and for Leave to Contest, to Revoke the Letters Testamentary Heretofore Issued to HERBERT C. SMYTH, and for Other Specified Relief. In the Matter of the Estate, etc., of FRANK O. BURRIDGE, Deceased. In the Matter of the Estate, etc., of ANNA B. BURRIDGE (Also Known as ANNA S. BURRIDGE), Deceased. HARRY CHAIN BASSLER, as Ancillary Administrator c. t. a., etc., of ANNA B. BURRIDGE, Deceased, v. HERBERT C. SMYTH and Others.— Motion granted so far as to dispense with the printing of the record on appeal and to permit the appeal to be heard on the original papers filed in the Surrogate's Court. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DANIEL KAYLER, JR., an Infant, etc., v. UNION RAILWAY COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EVA ROSENZWEIG and Another v. 2311 CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH A. MURPHY v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY. — Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY HAUSER v. SOUTHERN BOULEVARD RAILROAD COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before November 25, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NORA HORAN v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THOMAS HORAN v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

REX NOVELTY WORKS, INC., v. SOUTHERN SURETY COMPANY OF NEW YORK.— Motion granted unless the judgment has been or is sufficiently bonded. If and when so bonded the motion is denied with leave to renew after the decision of the Court of Appeals. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SEYMOUR MORK v. ROSE M. PALMER and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before November 25, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.